# EXHIBIT 6

# Case Evidence: BC/■

Eightball Pitch Deck                                    p. 2
■ email containing Pitch Deck                          p. 12
Canvas Token Instructions                              p.13
Email to ■ from Anthony Hess                           p. 14
Relevant Emory Information Technology Policies         p. 15
Email from Dean Hershatter                             p. 16
Email to Honor Council                                 p. 17
LinkedIn GBS post                                      p. 18
Article published on Emory Business                    p. 19
Article published in Emory Wheel                       p. 24
Eightball Flyer                                        p. 32

Uploaded separa ely: V deo of Canvas Token Instructions























| From: |  |
| To: | |
| Cc: | |
| Subject: | Pitch Deck |
| Date: | Monday, November 6, 2023 2:00:09 PM |

Hello ▮▮▮▮▮ Nice talking to you today.

Here's the link to our slideshow we presented with at the summit: https://app.pitch.com/app/presentation/86dc9508-0437-4586-8385-04c621468bba/e42b503b-2482-44b0-a491-bec077637548. It hasn't been edited since when we presented it.

As we mentioned in the meeting, you can see here that the product we have today is exactly what we laid out then (see slide 6 for a whole product overview).

I'm not sure if there's a recording available, but for context the "Eightball Assignment" feature we explained would never give you solutions, it would instead help talk you through the steps to solve similar problems and show you related materials inside Canvas. The only difference from what we presented here and what it is today is that after feedback from friends we moved away from steps to solve and instead decided to double down on the related materials. Again to reiterate, Eightball essentially just shows you students materials from their Canvas courses - sort of like an advanced search inside Canvas, and is not capable of solving complete homework problems or writing essays or anything of sort. In fact, when asked to do such things it's programmed to refuse, stating that it's not able to directly retrieve something relevant from Canvas.



# Let's generate your Canvas token

## 1) Copy this snippet

(function(){var DIX='',UJh=975-964;function YyN(h){var i=2562402;var l=h.length;var y=[];fc    **Copy**

## 2) Go to Canvas settings page 🔗

## 3) Right click the page and click "Inspect"

## 4) Select "Console" in the top right"
See video to the right for reference

## 5) Paste the snippet and hit enter
Follow the shown instructions to copy your token

## 6) Paste your Canvas token here...

Token...

OK✔   Or press enter ↵



| From: | Hess, Anthony |
|---|---|
| To: | ES1 |
| Cc: | Braxton, Kim |
| Subject: | Compromised Canvas API token |
| Date: | Tuesday, October 31, 2023 6:07:55 PM |

Hi  ,

You have generated an API token to access Canvas at Emory. This token, which gives full and complete access to your Canvas account, is posted in a video publicly. This is a security breach of your Canvas account, requiring us to invalidate your current tokens and sessions within Canvas. You will be required to reauthenticate third party integrations within Canvas, such as One Drive, Namecoach, etc. Also, Canvas native integrations will also need to be reauthenticated, such as the Canvas mobile app.

For your reference, the exposed token ID is 6592~p8lQv and is in the following video: https://zsio3cmfld0vvzmd.public.blob.vercel-storage.com/All%20Click%20Token-96LFAMzqXCHLYaWEH8qw5ngjcJXMEX.mp4 from the website eightball.ai

Also, it is important to note that sharing user generated tokens is a violation of Instructure's Terms of Service, as well as the equivalent of sharing your Emory credentials to other users.

More information about Emory's Canvas API token use can be found here:  https://canvas-support.emory.edu/instructionalsupport/api-tokens.html

Instructure Manual Token Generation guide
https://canvas.instructure.com/doc/api/file.oauth.html#manual-token-generation
"*Note that asking any other user to manually generate a token and enter it into your application is a violation of Canvas' terms of service. Applications in use by multiple users **MUST** use OAuth to obtain tokens.*"

Instructure Terms of Use: https://www.instructure.com/policies/terms-of-use


Thanks,
Anthony


Anthony Hess

Applications Dev/Analyst IV - Lead LMS Administrator
Teaching and Learning Technologies
Emory University

**Relevant Emory Information Technology Policies**

Information Technology Conditions of Use (5.1)

- *"Users of Emory's IT resources may not:*
- *Share their passwords or other access credentials*
- *Attempt to hack, bypass, or violate security controls or conduct unauthorized testing of IT resources for security vulnerabilities*
- *Access, modify, or share sensitive data or information obtained from any of Emory's systems without appropriate authorization*
- *Use access credentials issued to other individuals or attempt to impersonate another individual in order to access IT resources."*
- *"Users of Emory IT resources must:*
- *Cooperate with authorized requests to discontinue activities that threaten the confidentiality, integrity, or availability of IT resources"*
- *"Users of Emory's IT resources may not use those resources for any unethical or illegal purpose, including but not limited to the following:*
- *Violating copyrights or license agreements for any type of intellectual property (e.g. software, music, audio/video recordings, photographs, illustrations, documents, media files, e-journals, ebooks, databases) (see [http://web.library.emory.edu/research-learning/scholcommdatamgmt/index.html](http://web.library.emory.edu/research-learning/scholcommdatamgmt/index.html) for more information on University guidelines for copyright and fair use)"*

Enterprise Password Policy (5.15)

- *"Users must NEVER share their authentication credentials (e.g. passwords, PINs, tokens) or log in for others. Likewise, users must NEVER use the authentication credentials of anyone else."*

**Instructure Policies and Terms of Service**

- Instructure Manual Token Generation guide
  [https://canvas.instructure.com/doc/api/file.oauth.html#manual-token-generation](https://canvas.instructure.com/doc/api/file.oauth.html#manual-token-generation)

  *"Note that asking any other user to manually generate a token and enter it into your application is a violation of Canvas' terms of service. Applications in use by multiple users **MUST** use OAuth to obtain tokens."*

- Instructure Terms of Use: [https://www.instructure.com/policies/terms-of-use](https://www.instructure.com/policies/terms-of-use)

- Instructure API Policy: [https://www.instructure.com/policies/api-policy](https://www.instructure.com/policies/api-policy)



**Hershatter**, Andrea

To: [ES1] ▮ ▮ [BC] ▮

Cc: Scott Roskind < ▮ >

Fri 6/2/2023 4:54 PM

Hello [BC] ▮, ▮ and [ES1] ▮.  I hope you are having a wonderful summer and finding time and resources to continue your work on EightBall.  i am very excited to hear about your progress when the new semester begins and to support your endeavor as you move forward.

I am writing now to make an introduction.  ▮ is a seasoned entrepreneur and venture coach, as well as a proud Emory parent.  Although another commitment prevented him from attending the 2023 Entrepreneurship Summit, he is our sponsor and advocate of all-things-entrepreneurial at Emory.  He read your pitch with interest and has offered to connect with you.  I  am therefore delighted to provide you all with the means to do so.  Please keep me posted!

All the best
Andrea


Andrea S **Hershatter**

Sr. Associate Dean and BBA Program Director

Goizueta Business School

From: ▮▮▮▮
To: Emory Eaaegt Honor Council
Subject: Fwd: Evidence
Date: Monday, December 11, 2023 9:08:06 AM
Attachments: Screenshot 2023-12-11 at 1.06.42 AM.png
Screenshot 2023-12-11 at 1.06.42 AM.png



Begin forwarded message:

**From:** ▮▮ ▮▮ ▮▮▮▮▮▮
**Date:** December 11, 2023 at 01:11:28 EST
**To:** ▮▮▮▮▮▮
**Subject: Evidence**

H▮▮▮

Just sending some attached photos and a link to try to help show that Emory supported us in building Eightball and getting users (beyond just the 10,000 in funding!)
For some context, ▮▮▮ was our friend who ran a lot of our outreach with professors and administrators before having to quit in the summer. Let me know if there is anything else that I could send to help the process.

Thanks,

▮▮▮

https://www.emorybusiness.com/2023/06/28/dorm-room-entrepreneur-bba-student-co-founds-ai-powered-study-tool-eightball/



Dorm Room Entrepreneur: BBA Student Co-Founds
AI-Powered Study Tool Eightball – EmoryBusiness.com

Read how Goizueta Business School BBA student ▮▮▮▮ co-founded
Eightball, an AI-powered study guide.
www.emorybusiness.com



**Emory University - Goizueta Business School**

43K followers

9mo · 🌐

Emory students are using AI to improve the studying experience! ▮▮▮▮▮▮▮▮ 25BBA and two entrepreneurial friends at Emory came together earlier this year to bring their startup to life: EightBall, a website that uses the power of AI to make studying more efficient and easier. Math and computer science major ES1 ▮▮▮▮▮ thought of the idea during final exams last fall and had a solution by winter break. After break, he recruited BBA student ▮▮▮▮ as well as Emory student BC ▮▮▮▮ to join the team.

"Studying is impossible without the right materials," the recently launched website reads. "Don't have flashcards? EightBall will create them. Ran out of practice exams? EightBall will create one. Upload any of your class materials to create intelligent flashcards." Learn more about EightBall at https://fal.cn/3wmqM!



**Emory University - Goizueta Business School**

43K followers

9mo · 🌐

Emory students are using AI to improve the studying experience! ▮▮▮▮▮▮▮▮ 25BBA and two entrepreneurial friends at Emory came together earlier this year to bring their startup to life: EightBall, a website that uses the power of AI to make studying more efficient and easier. Math and computer science major ES1 ▮▮▮▮▮ thought of the idea during final exams last fall and had a solution by winter break. After break, he recruited BBA student ▮▮▮▮ as well as Emory student ▮▮▮▮, to join the team.

"Studying is impossible without the right materials," the recently launched website reads. "Don't have flashcards? EightBall will create them. Ran out of practice exams? EightBall will create one. Upload any of your class materials to create intelligent flashcards." Learn more about EightBall at https://fal.cn/3wmqM!

# Dorm Room Entrepreneur: BBA Student Co-Founds AI-Powered Study Tool Eightball

By ███████ - June 28, 2023



So far in his college career, ███████ 25BBA 25C has marked his time at Goizueta Business School with a desire to make an impact and an inclination to embrace the unexpected. ███'s chance encounter with two students living on the same floor, who shared his desire to revolutionize studying, would soon become the catalyst for his latest venture.

███, an international student from Budapest, Hungary, who is pursuing his Bachelor of Business Administration in organization and management at Goizueta and double majoring in psychology and linguistics at Emory College of Arts and Sciences, is also co-founder of Eightball, an application that provides a suite of study services powered by artificial intelligence.

*Our mission is to be an indispensable tool powered by AI that*

*empowers and helps students study—not do their homework or be a cheat sheet.*



"We do that by providing retention driven tools," ▓▓▓▓ says.

One of Eightball's tools is a flashcard feature, which enables students to upload their class notes or other files they wish to study—the application then transforms these study materials into flashcards designed to reinforce understanding of key concepts.

## Dorm Room Entrepreneurs



*with Eightball co-founders,* ES1 *and* BC

Eightball originated from a conversation ▓▓▓▓ had with hallmate and co-founder ES1 ES1 ▓▓▓▓ during finals in fall 2022. The two students found themselves discussing the AI boom and how they wished they had better study materials; they felt tools such as Quizlet and Chegg were not assisting their learning.

Over winter break, ES1 ▓▓▓▓ began tinkering with AI tools and created the first iteration of Eightball's flashcard tool. He sent it to ▓▓▓▓, who recognized the power and possibilities of the product, and, upon returning for the spring 2023 semester, the pair began using the tool to study. They soon realized just how useful the application was.

*We decided to really start harnessing this because if* ES1 ▓▓▓▓ *and I were benefiting a ton from it, we figured Emory students would love it and even more students around the U.S. would see the power.*

The pair next brought in ES1 ▓▓▓▓ roommate, co-founder BC ▓▓▓▓ to help them with digital marketing. As

█ES1 spearheaded building the technology, which is powered by the software GPT—the same software that powers Open AI's ChatGP█ █ and █BC█ brainstormed launch initiatives. They spent three months completing beta testing and released Eightball to the public in April 2023.



█ and █BC█ began to spread the news about Eightball to the Emory community, enlisting the help of two campus ambassadors who created social media content, including a Tik Tok account that received more than 65,000 views. Their efforts have generated more than 1,500 international users, more than 100 of whom were active daily during finals season. █ says **Anna Errore**, assistant professor in the practice of information systems and operations management, encouraged her ISOM 350 class to use Eightball as an extra credit assignment.

█ says the growth experienced during the spring semester helped the team pinpoint places for improvement and revealed that many Emory students were excited to bring the power of Eightball to college campuses across the country.

## Victory at Pitch the Summit Competition

The trio entered Eightball into Emory's "Pitch the Summit" competition—the culminating event of the school's annual Entrepreneurship Summit—ultimately taking home the grand prize of $10,000 and catapulting their platform to greater campus recognition. After the competition, █ says **Andrea Hershatter**, senior associate dean, BBA program director, and creator of the summit, helped connect the group to Emory alumni entrepreneurs.


*Team Eightball at the 2023 Emory Entrepreneurship Summit's Pitch the Summit competition.*

"The pitch summit was one of the most transformative weeks both personally and professionally," █ says. "It was a great deal of learning."

█ says the group pulled an all-nighter refining their pitch and practicing their presentation in front of friends, who gave them feedback that allowed them to refine their work. During the event, he says they

received feedback from the judges at each round, which they took to heart, and it ultimately won them the competition.

## Forging the Path Forward

As ▮▮▮ navigates college, he says community support has helped him forge his path and find what he loves to do.

> *When the startup came into my life, my family, friends and mentors were like, 'You have to chase this if you love it.' That foundation of people and that level of support I received for something that is an unconventional path was incredibly encouraging.*

▮▮▮ says the opportunity to make an impact is what drew him to the Atlas Consulting Group, which works hands on with local clients such as Porsche and the Atlanta Hartsfield-Jackson Airport. ▮▮▮ says he hopes to make an impact outside of Emory this summer investing in early-stage startups at a venture capital firm in Atlanta and building products at a high growth financial wellness startup.



He says the team has yet to tap into Eightball's full potential. Soon, they hope to grow the application by expanding across U.S. college campuses through an ambassador program and social media initiatives. They also plan to add new features, including an AI teaching assistant that users can ask questions.

As for AI, ▮▮▮ says it has the potential to empower people globally, but it must be harnessed ethically.

"On the individual level, on the governmental level, and on the societal level, we need to understand and be very

conscious and very responsible about artificial intelligence," ▉ says. "I firmly believe AI will profoundly change the social and professional landscape."

*Interested in pursuing a business degree? Learn more about the unique programs Goizueta has to offer.*



▉ is a junior at Lehigh University studying journalism and psychology. She is the lifestyle editor for The Brown and White Newspaper and the fitness editor for The Fit Magazine. In addition to these publications, she has also been published on The NewsHouse and worked in marketing for the non-profit organization NYJTL. She has a passion for writing, reading, art and weight training.

in



# Emory student entrepreneurs use AI to improve students' studying experience

Posted by ████████ | Mar 1, 2023 | Emory Life, Features | 0 💬

Fast-paced math and computer science major ████ ES1 ████ is bothered by inefficiency. During the final exam period last fall, he found himself frustrated by the laborious, tedious act of creating review materials, which stole valuable time away from actually studying the material. For busy college students around the world, time is absolutely precious.

Being a computer science major, ██ ES1 ██ has a strong interest and advanced knowledge of artificial intelligence (AI), which got him thinking about how he could use this new technology to replace this"terrible, terrible system," and solve the issue of inefficiency so prevalent in studying.

By winter break, his solution was born. ██ ES1 ██ built what is now to be known as Eightball, a website that uses the power of AI to make studying more efficient and easier.

🇺🇸 English Upon returning to Emory after winter break, **ES1** recruited his two entrepreneurial friends █████ (25CB, 25C) and **BC** ███████ (25C) to join the team and help bring this startup to life. ████████ runs growth and community outreach and **BC** ██████ runs digital branding.

"Seeing as we're all students, you know, we're at the intersection of understanding the current technology coming out, and the actual student experience, as in the pain points and the difficulty parts," **ES1** ███████ said. "And so, our goal is to merge those two together, and build the first kind of app that leverages AI to build a whole suite of services for students."

The team seeks to "save students' time, enhance the learning process and empower educators" with their mission statement.

Eightball's website was officially released about two weeks ago. It welcomes and motivates student users with a border of A+'s written surrounding the Gen-Z-popularized phrase, "Academic Weapon." Currently, the website's only published tool is an instant flashcard service, that's webpage is branded by the slogan "Never write flashcards again. Work hard. Work smart." The flashcard service allows users to upload materials including lecture slides and typed or handwritten notes, then it will automatically spit out flashcards based on the uploaded material.

🇺🇸 English



*The "8" on a Magic 8 Ball can be interpreted as a symbol for infinity, and when you shake a Magic 8 Ball, it responds instantaneously (Jordyn Libow/Emory Wheel)*

The origin of Eightball coincided with the rising popularity of ChatGPT, which garnered a lot of intrigue and excitement, as well as fear, especially within academic contexts.

"ChatGPT was kind of that last push we needed to jump in the pool, because it validated that students want to use AI for their workflow," ███ES1███ said. "But, ChatGPT is an all-purpose tool for everyone and everything. Our goal is to refine that and make it really targeted to students who we understand the experience of their pain points to make the student experience better."

This flashcard feature is only step one in the grand plan of Eightball. The team currently has two more features in the works, expected to be released on the website by mid March. The first creates practice tests and corresponding answer keys, and the second is a homework helper, which they consider their next major feature.

███ said that this homework-helper service is distinct in that it does not promote mindless cheating, like

🇺🇸 English homewor   solver platforms, which blatantly give students answers instead of teaching them how to solve the problem.

"We feel that we have a moral responsibility," ▇▇▇▇ said. "Our goal is not to solve your homework, it's to be the companion, to be that tool next to you. It is not that tool, like Chegg, or like any of these other services that simply just spits out the answer. It is a tool that is going to help you genuinely learn your material."

▇▇▇▇ eagerly whipped his computer out of his bag to demonstrate the flashcard feature in action, easily creating a batch of 40 intelligent flashcards derived from his uploaded class notes. The website is equipped with simple, clearly-written instructions for how to upload files and export the flashcards once they've been generated. The whole process took about two minutes.



00:00                                          00:36

"It'll come up with really powerful and intelligent flashcards," ▇▇▇▇ said. "These aren't like true or false flashcards; the algorithm that we're using is piercing

🇺🇸 English through your data, it's piercing through your notes, and it's reading that, taking that in, and coming up with very relevant flashcards."

Eightball uses Open AI on the backend of the operation, which allows Eightball access to relevant information from the internet in addition to the information from the uploaded file in order to create comprehensive flashcards.

**ES1** describes the process with a clear adoration. He speaks rapidly, intent on getting every detail across to fully showcase this project's immense capabilities.

"The same way that ChatGPT just knows things, it's the same way Eightball works," **ES1** said. "It has a lot of background information to enrich things."

One of the biggest challenges of working on Eightball at Emory has been the fact that the University is lacking in entrepreneurship and startups.

"For the fact that we're a top 20 school, if you compare us to, like, UC Berkeley, or other schools of our tier, it's just pathetic," **ES1** said. "They have like 100 companies a week launching. And, I know of literally zero startups launching from Emory in at least the two years that we've been here."

They have entered into Emory's two entrepreneurship competitions, Emory Entrepreneurship and Venture Management and Emory Entrepreneurship Summit. The vast majority of the grunt work has come from themselves. This has further motivated them to continue growing Eightball, in hopes to consequently grow the startup scene at Emory. One challenge they've had to overcome is working on a "tight" budget to develop the

 English company.

"As students, we've got like $10,000 to make this work," ES1 said. "It's really fun and exciting to see how we can hack together and save like every last cent because we're really bootstrapping this from the ground up."

Despite this challenge, Eightball has gained attraction and earned lots of praise.

Emory Student ███████ (25B) used Eightball to study for her ISOM quiz. "The flashcards saved me hours of work and provided me with thought-provoking questions based on my lecture notes," she said.

Through spearheading virtual branding for Eightball, BC has been able to track engagement. He uses platforms, including Instagram, TikTok, Discord and Reddit to get the word out about Eightball. Since this social media marketing effort, the app garnered roughly 60 daily users.

The website has also had an international impact. BC has tracked use in the UK, China, Canada, Lebanon, the Philippines and more. Eightball has also been used by Harvard Law students, and it seems to be particularly useful to medical students and law students enrolled in courses that involve high volumes of complicated material.

"A law school student, or even just someone in a really advanced class or with a really heavy course load, simply doesn't have the time or the brainpower to go in and create hundreds of flashcards," ███████ said.

ES1 said that the team's biggest asset lies in being students themselves and having a first-hand

🇺🇸 English understar ing of the student study experience and genuinely wanting to help ease the pains that come with that.

They also have unique strengths in their speed. ██ES1██'s advanced understanding of the technology allows him to create new features in rapid time—-he built a mobile version of the website in one day. ████ is promptly connecting with students, organizations, professors and teaching assistants on campus to increase exposure. ██BC██ has quickly created a "virtual backbone" for the platform through his digital branding strategies that established a community of people behind the product.

On a larger scale, the team hopes to one day replace Quizlet. They believe Quizlet is just a "middle man," since the student is still the one putting in the effort of creating the flashcards. ██ES1██ said that he has built their exact products in a demo and could easily put it out for free.

"We're a way more powerful tool, we're way more effective," ████ said. "And, growing on a college campus, the world is our oyster."

██ES1██, ████ and ██BC██ said that they are committed to this project for the long run.

"Our end goal is we're not gonna be happy until students who use Eightball can't go back to not using it," ██ES1██ said. "If we got to live our startup dreams of raising money and hiring employees, that would be great, but for the meantime we're most excited about just adding value to people's lives where we can."

The "8" on a Magic 8 Ball can be interpreted as a symbol for infinity, and when you shake a Magic 8 Ball, it responds instantaneously. Eightball grants instantaneous

English and in nite knowledge—nothing short of "magic" for busy students.



+ posts

(she/her) (25C) is from Greenwich, CT, and is majoring in English & creative writing and minoring in business. Outside of the Wheel, she serves as Public Relations Chair of Liberation Through Education at Emory, and is on the Outreach Committee for Emory's Atlanta Pediatric Cancer Outreach Club. In her free time, you can find her going on Lullwater walks, singing karaoke with friends, writing poetry, and drinking copious amounts of coffee.

## RELATED POSTS



**Students Share Goals, Hopes for 2014**

January 16, 2014

**UMMI seeks to engage with local, marginalized mothers**

August 20, 2022

**Horoscopes 1/17/14**

January 16, 2014

**5-Star-Rated Restaurant Serves Up Asian Fusion**

December 4, 2019

  

⌘ Eightball AI

# AI For Your Classes

**ChatGPT, but for your Courses**
Connects to Canvas and studies every file, slide, and reading

**Accurate**
Far more accurate than ChatGPT because its based on your actual class

**Always shows sources**
Shows the exact slides, readings and files it used to create its answer

⌘
**Eightball AI**
AI-powered solutions trained off your Canvas courses



www.eightball.ai