# EXHIBIT 8

From: "Choi, Jinho" <██████@emory.edu>
Date: October 4, 2023 at 10:40:27 PM GMT+3
Subject: Re: [External] Eightball AI link

Great, thanks for sharing the link. I didn't sign up but it looks great ☺

Best,

Jinho D. Choi
Associate Professor of Computer Science
Emory University

Address: 400 Dowman Dr, Atlanta, GA 30322
Office: W302F at Math & Science Center
Website: https://www.emorynlp.org/faculty/jinho-choi

From: ██ES1██ ██ES1██ >
Date: Saturday, September 30, 2023 at 8:18 PM
To: ████@mathcs.emory.edu, ████@mathcs.emory.edu>
Subject: [External] Eightball AI link

Hello Professor!

You'd mentioned you'd like the link to Eightball when it launches so here it is:

https://www.eightball.ai/

To sign up you need to provide an access token to Canvas, but here's a temporary one to put in for now that will expire in two weeks:

6592~sI3aNWwh3yppHK4LezMFrLZDItuDA53QOLjREWWedfmS9gvsJ9ySxS1NttrRdvYk

Let me know what you think or if you have any issues!

1