# EXHIBIT 11

 Office for Undergraduate Education

November 3, 2023

Ben Craver - #
▮▮▮▮▮▮@emory.edu

Dear Ben:

It has come to the attention of the Emory College Honor Council that you may have violated the Undergraduate Academic Honor Code in the Fall 2023 semester. The Honor Council will consider the charges of:

- Violating Community Standards: Committing any action or inaction which is offensive to the integrity and honesty of the members of the academic community;

- Violating Community Standards: Intentionally helping or attempting to help another person to violate any provision of this Honor Code or the academic integrity policy at another educational institution;

- Violating Community Standards: Disseminating any course materials, including recordings of the class, without the permission of the instructor;

- Cheating: Seeking, using, giving, or obtaining unauthorized assistance or information in any academic assignment or examination (see Appendix IV: On the Use of Artificial Intelligence for Assignments); and

- Plagiarizing: Plagiarizing, whether intentionally or unintentionally, in any assignment (see Appendix IV: On the Use of Artificial Intelligence for Assignments).

These charges are related to the development of a generative AI tool that potentially exposes Canvas data to a third party and may be used by students to complete assignments in violation of the Undergraduate Academic Honor Code. Please be advised that if this activity continues, the Honor Council may introduce additional charges. The Honor Council further reserves the right to introduce additional charges upon the discovery of any other possible violations.

As this matter involves the use of the computer network and other IT related issues, it has also been referred to the Office of Student Conduct for review under the Undergraduate Code of Conduct (Policy 8.1).

The Honor Council is obligated to resolve every report of a possible violation that comes to its attention. As such, your case will be assigned to an investigative team in the coming days. Alternatively, you may choose to accept responsibility for the Honor Code violation and participate in an informal resolution meeting to resolve this matter more quickly. Please contact the Honor Code administrator to learn more about the informal resolution option.

Emory University
White Hall, Suite 300
301 Dowman Drive
Atlanta, Georgia 30322

Tel 404.727.6069
college@emory.edu
college.emory.edu/oue

EEO/AA/Disability/Veteran Employer

I want to assure you that the opening of an Honor Council investigation does not imply that you are responsible for an Honor Code violation. The Undergraduate Academic Honor Code details your rights as a student in this process. One of those rights is that you may select an advisor in this matter so long as that individual is not involved as a reported student or witness in the case. An advisor is not required, but an advisor may accompany you to any meeting of the Honor Council if you so choose.

It is important that you continue to fully participate in your coursework and complete all papers, exams, or other assignments. Please be advised that you are not permitted to drop or withdraw from your coursework or change the grading basis at this time. I would also like to inform you that any faculty member who reports a possible violation is advised to refrain from discussing the case until the matter is resolved.

Please understand that Honor Council proceedings are private and confidential. The Honor Council will communicate with your official Emory email account. If you have general questions about this process, I encourage you to schedule an appointment with an Honor Code administrator by emailing EC.Honor@emory.edu.

Sincerely,

Jason T. Ciejka, PhD
Associate Dean, Director of the Honor Council
Office for Undergraduate Education