# EXHIBIT 12



*** EXTERNAL EMAIL ***

[http://emory-advocate.symplicity.com/tinyfiles/a53e5cfc7e07f6c7cf41263621ec6fa9/EU_OfficeOfStudentConduct_CampusLife_hz_st_1L_280bk.png]

November 13, 2023

Benjamin Craver
Student ID #▮▮▮▮▮▮

Dear Benjamin:

The Office of Student Conduct received a report about an incident that took place on online. The report is being reviewed to determine if any of the students involved in the incident should be charged with violating the expectations of conduct stated in the Undergraduate Code of Conduct<https://urldefense.com/v3/__http://conduct.emory.edu/filebin/UNDATED_Undergraduate_Code.pdf__;!!O6UFbZt64g!NRVbdvVgku0XBAbHFERzaAQNbTgwfO-T9id5cYLNuddStFjRA14ajsabTR5uJy03c85z1gn8Nj7WzCBKKjRaVA$>.  Your name is listed in the report as an involved party. The following potential violations are associated with this incident:

Attempting to commit a violation of this Code, or assisting, through act or omission, any person or group with committing or attempting to commit a violation of this Code.

Failure to comply with the direction of University officials or law enforcement officials acting in performance of their duties; failing to identify oneself to these officials when requested to do so.

Misuse of computer or network resources, including but not limited to, use of another individual's identification or password; using computer or network resources to send anonymous, obscene, or abusive messages; using computer or network resources in violation of copyright laws; use of computer or network resources to interfere with the normal operation of the University computer system; or any other violation of policies established by University Technology Services.

Violating University or school rules, regulations, or policies.

Transferring or accepting the transfer of property or services that are known to be non-transferrable.

The above potential violations are based on the following:

According to information provided to the Office of Student Conduct, it is alleged that in October 2023, you engaged in misconduct when the Office of Academic Technology Services observed several violations of Emory Information Technology policies by you. Specifically, it is alleged that the Office of Academic Technology Services observed the following of you:

* Via the website eightball.ai, asking Emory University students to give their Canvas user generated token(s)
* Rewriting code to circumvent an IT security measure (masking of the generate token button) to autogenerate the token for Emory University students

* Continuing to do so even after being notified by a university official that asking for other user's tokens is a violation of Canvas (Instructure) Terms of Service and constitutes the same as giving one's Emory University credentials to another person/entity

* Continuing to market and run the site at other schools, where this is also a policy violation.

Please note that these allegations represent the University's concerns based only on the information provided to our office. You have not been found responsible and you will have an opportunity to respond to the allegations during your initial meeting. In addition, the allegations provided may be supplemented, replaced, or eliminated if new or different information is provided to the Office of Student Conduct.

Your case has been assigned to me as a conduct administrator for undergraduate student conduct matters. After reviewing your academic schedule, a meeting time has been set for you. This conduct meeting will take place on Friday, November 17, 2023 at 11:00 AM EST in the Alumni Memorial University Center, Suite 301. Please contact me at stwalk4@emory.edu if this meeting needs to be rescheduled.

Failure to meet with the conduct administrator will result in a hold to be placed on your OPUS account, which may impact your registration for the upcoming semester. This hold will remain on your account until you attend your meeting.

Please review information about the student conduct process at our website conduct.emory.edu <https://urldefense.com/v3/__https://emory-advocate.symplicity.com/utils/showTrackingLetter.php/conduct.emory.edu__;!!O6UFbZt64g!NRVbdvVgku0XBAbHFERzaAQNbTgwfO-T9id5cYLNuddStFjRA14ajsabTR5uJy03c85z1gn8Nj7WzCDE2DEeZg$>

If you have a documented accessibility service plan or accommodation with Emory's Department of Accessibility Services accessibility.emory.edu<https://urldefense.com/v3/__https://emory-advocate.symplicity.com/index.php/accessibility.emory.edu__;!!O6UFbZt64g!NRVbdvVgku0XBAbHFERzaAQNbTgwfO-T9id5cYLNuddStFjRA14ajsabTR5uJy03c85z1gn8Nj7WzCAeQV8vRQ$> that you would like for our office to consider please contact Accessibility Services and the two offices will work to identify appropriate solutions to accommodate the request.

I appreciate your cooperation in this matter and look forward to meeting you in the near future.

Sincerely,

Sari-Jai Walker

Associate Director of Student Conduct