# EXHIBIT 13

## Honor Council Full Hearing Report

**Reported Student's Name:** Ben Craver          **I.D. #:** ▮

**Work in Question**   Term: 2023 Fall
Course: N/A
Assignment: Development of a generative AI tool exposing Canvas data to a third party
Instructor: N/A

Preliminary Meeting Date: December 7, 2023

Full Hearing Date: January 18, 2024

Vote: 5-0 in favor of RESPONSIBLE for:
- Violating Community Standards: Committing any action or inaction which is offensive to the integrity and honesty of the members of the academic community;
- Violating Community Standards: Intentionally helping or attempting to help another person to violate any provision of this Honor Code or the academic integrity policy at another educational institution;
- Violating Community Standards: Disseminating any course materials, including recording of the class, without the permission of the instructor

Recommendation: RESPONSIBLE for all charges listed above.

Recommended Sanction: One year suspension, Honor Code probation until graduation, and mandatory completion of the educational program

Investigating Honor Council Student Member: ▮
Investigating Honor Council Faculty Member: Dr. Levi Morran

Honor Council Faculty Member Present: ▮
Honor Council Student Members Present: ▮

Advisor Present with Reported Student: N/A

Respectfully submitted,

▮

Emory College Honor Council Student Member

**Confidential**

<u>Full Hearing Deliberation Report</u>
Reported Student's Name: Ben Craver

After a preliminary investigation and referral of his case to an Honor Council hearing, Ben was found responsible for Violating Community Standards: Committing any action or inaction which is offensive to the integrity and honesty of the members of the academic community; Violating Community Standards: intentionally helping or attempting to help another person to violate any provision of this Honor Code or the academic integrity policy at another educational institution; and Violating Community Standards: disseminating any course materials, including recording of the class, without the permission of the instructor, specifically in developing a generative AI tool exposing Canvas data to a third party. The sanction as determined by the Honor Council was one year suspension, Honor Code probation until graduation, and mandatory completion of the educational program.

This Honor Code report is not related to a specific course that the student is enrolled in, there was no reporting faculty member in this case. As such, the hearing proceeded with testimony from witnesses related to the issue.

Kim Braxton is senior director of Academic Technology Services in the office of Information Technology Services (LITS). She presented as the one of the witnesses to this case. To begin with, Ms. Braxton described that their office was notified of an application called Eightballs.AI by colleagues in the Emory Center of Digital Scholarship. They found that this application was been marketed through various Reddit posts as a ChatGPT for Canvas. In the evidence, we have two screenshots of information, one about ChatGPT from a Reddit thread and another that includes comments of a Reddit thread.

Being alerted that there was some use of Canvas to train an outsider third party application with Canvas data immediately raised a red flag for Ms. Braxton. She reported that they had a very thorough process by which a third party can be integrated into Canvas. This process requires the third-party application to go through multiple reviews, like security reviews etc., because they must make sure that the data that went through to the third-party system is in a very narrow scope. They also have a formal relationship with all these approved third-party apps. Then, they figured out that the Eightball program accesses the Canvas data through the Canvas user generated token, which is essentially users' Emory credentials that give full access to everything users can access on Canvas. This user generated token is considered a highly restricted user credential tool and sharing it to any outside party is a violation of Canvas terms and IT policies.

After the consultation with IT office, Ms. Braxton said that they decided to revoke tokens that were shared with Eightball. But it was a very challenging thing with Canvas because firstly this token system is not something that they can turn off and secondly revoking tokens requires them to revoke all tokens that were issued. To deal with it, they chose to hide the token generating button and then submitted a request to Instructure, INC., who is the parent company of Canvas, asking for their advice on the token revocation. The goal was to stop what LITS considered a data leak, and this process took some time. During this time, LITS noticed that there was alternative instruction posted on Eightball webpage on how to circumvent the concealed button in order to generate the token. In that posting, there was also a student posted

his/her token under it, which constituted the credential leak on the open web. LITS immediately sent out an email to the student and revoked that student's token. They also explained that this behavior violated IT policies and attached the corresponding term in that email to the student. Afterward, Ms. Braxton stated that they put additional code to conceal the token generation button, but students were continuing to circumvent it to generate tokens. Eventually they revoked all tokens on a Saturday morning and informed all students whose tokens were revoked that sharing their personal token is a violation of campus IT policy. They also sent a second email to the student to inform them that this was the second token revocation, and they have violated the IT policies and Canvas terms and service.

When asked about the general use of token generation, Ms. Braxton explained that the token was generated by users to have access of their own data. Mostly, faculty use it for legitimate purposes, like producing applications or managing their files. But if any third party has this access to the personal token, it is considered a security problem. From the security perspective, people cannot give full access of their data to someone else. The fact that it was OpenAI which got the access made the case even worse because OpenAI is trained on data. Once people feed it with these personal data, it could answer others' questions based on searching through all these materials, potentially leading to copyright problems etc.

In addition to it, since Eightball was participating in a business school pitch summit last spring and was marketed on Emory Wheel and Emory Goizueta Newspaper, the Honor Council asked if this application has changed since then. Ms. Braxton confirmed and pointed out that while Eightball was in the pitch competition, it was only marketed as a flashcard generation tool to help students study and it only required students to upload their course materials instead of using a backdoor enterprise learning management system to get all course data and train OpenAI with them. This was the major difference that she observed.

After Ms. Braxton provided a general recounting of the issue, another witness Anthony Hess, an administrator for Teaching and Learning Technology in the office of the Information Technology Services (LITS), added more details on the case. He stated that the major concern was raised from Eightball's request for students' credentials, i.e., the API token which both identifies and authenticates the user. Eightball could potentially obtain any data that is accessible through the token. Mr. Hess said that he immediately sent out the email to one of the students who they found active on Eightball, informing him that doing so is a violation of Canvas terms and services, and provided him the corresponding terms. He reported that there are many more appropriate ways to access files on Canvas, but using API token is more for personal use. More importantly, this token is not meant to be handed out to an external party. LITS found out that Eightball was marketed toward other institutions as well. On October 31, 2023, the student token corresponding to the student he warned in an email was invalidated. Soon afterward, as LITS saw the activity to generate the token continued, they ended up invalidating hundreds of users' tokens that they suspected to possibly be using the Eightball site.

When asked about the possible things Eightball could do, Mr. Hess stated that Eightball is very similar to ChatGPT but with a scope of data from Canvas. He explained that they had two concerns: 1) the cheating potential with this program and 2) the fact that they did not know what has been done with the data leaked from Canvas. From the IT perspective, Eightball could basically do anything with the data they accessed, including but not limited to selling the data or providing them to some external parties.

Ben described his role in the development of Eightball.AI. Ben said that ES1 reached out to him, telling him about the pitch competition and asking him and his friend if they want to help with the development of Eightball early in last spring. They agreed but Ben's friend later dropped out during the summer because of her work. Eventually, they got the grand prize in the pitch competition, which was $10,000 dollars. Since then, Ben has helped by hanging up fliers, designing the graphics, and testing out the product. Ben stated that he was not involved much in the software development part and asserted that they did not sell Eightball as a flashcard generator in the beginning. He stated that flashcard generation was only one of Eightball's selling points and the pitch PowerPoint could prove it. Ben stated that there was no change in their product since then except that Eightball became better. Therefore, he was shocked when they faced a charge of violating the Honor Code because he believed that it was basically impossible for someone to violate the Honor Code with Eightball. Ben felt that it was only a searching engine and therefore could not provide people any homework answers.

Furthermore, to clarify his involvement in the development of Eightball, Ben said that ES1 produced the fliers, and he hung them up for users' feedback. For the Reddit posts regarding the Eightball, Ben stated that he did not know they existed. Even though Ben has a Reddit account, he does not use it much in daily life. Moreover, when an Honor Council member asked about his understanding of Eightball's capability, Ben explained that Eightball was just a tool that takes all course materials into it and pulls up slides based on the question it received. Eightball was only powerful enough to access the material that professors post on Canvas. He reported that the Eightball program only targeted the module section on Canvas when the user-token was provided.

In Ben's closing statement, he disclosed that he felt it was unjust and he was frustrated about being punished for developing Eightball. Firstly, he did not think this tool could be able to violate the Honor Code. In his understanding, Eightball was only capable of helping people study instead of helping people to cheat. Secondly, since they were paid by Emory to develop this program, they did not expect that Emory would charge them for hurting the academic integrity of the institution and punish them for it.

ES1 recounted the development of Eightball. When ChatGPT first came out, ES1 noticed that it was being widely abused for cheating. Believing that such abuse is a waste of AI's power, ES1 was motivated to better utilize OpenAI to help students learn. His goal was to design a tool that can review all of students' course materials and provide services like making flashcards and explaining academic terms. ES1 clarified that Ben was not very involved in the development of Eightball. He built the program himself. When ES1 found out the Honor Council charged him with possible academic misconduct, he was very frustrated. According to ES1, when users ask Eightball questions, it starts by searching through the course materials it accessed from Canvas. Then it aggregates relevant information and re-summarizes it back to the users. ES1 emphasized that the claim about Eightball's ability to do homework is inaccurate because Eightball's answers are only based upon released class materials. Unless answers are directly given in the course materials, Eightball cannot makeup anything for non-existing answers. ES1 also provided a screenshot of an example found in the pdf file named "Images from ES1".

Secondly, ES1 asserted that they did not disseminate any course materials. They indeed stored the data received from Canvas, but they never publicized any of it. They did so because this would allow the program to directly search from them instead of re-accessing the Canvas

every time the user asks questions. [REDACTED] described their storage of data as google drive and claimed that users' data are still their own.

Thirdly, to clarify their use of API tokens, [REDACTED] stated that all their users gave consent to them allowing them the access to all their data on Canvas. More importantly, they did not give anything to OpenAI . The Eightball program did not use ChatGPT at all.

For the pitch competition last spring, [REDACTED] said that they pitched exactly what they built. When they won the grand prize in the competition, they thought the whole school was behind them to support them. There were also some professors and business school faculties who helped them with networking and marketing. Hence, they continued to build this program and eventually released it. Unlike what the witnesses described, [REDACTED] said that not many people were using Eightball, and he only got one email from the school instead of two. In the email he received, there was only an explanation regarding the use of personal token but nothing telling them to stop. However, [REDACTED] stated that he still shut down the whole site at Emory four days later. Therefore, [REDACTED] did not believe that all the charges he faced were valid because he highly respected school's decision and never got any report of cheating related to the use of Eightball. He was confused and did not feel like it was fair to punish them for developing Eightball, especially when they shut everything down immediately after they got the email.

Additionally, [REDACTED] specified that he was not aware that using API tokens area violation of Emory policies. He decided to change from uploading files to using API token on Eightball because users were complaining about the low efficiency of uploading files last summer. [REDACTED] got the idea of using API tokens from Google and found the instruction online. He believed that it was the best way to access Canvas. Though students at other intuitions can still use Eightball, if the token that user provided was revoked, Eightball could no longer access the user's Canvas. To illustrate the generation of API token for users, [REDACTED] made a video on it and published it on the Eightball website. This was how his credential released on the open web and stated that he then received an email from Mr. Hess. [REDACTED] reported that he only got one email from the school which did not tell him to stop the website. That email only mentioned something wrong with his personal data, so he did not think it was related to Eightball.

When asked about his attempt to circumvent the concealed token-generated button, [REDACTED] said that he did not know it was a response to Eightball. He thought that there was something wrong with the school website. Since there were only 15 people using Eightball at Emory, he did not expect any response from the school. Hence, [REDACTED] tried to fix the missing button and kept Eightball working. An Honor Council member asked him about the Reddit post provided by Ms. Braxton, [REDACTED] said that he did not write one, which explicitly mentioned that Eightball could solve homework problems. He admitted that he wrote the other one, which introduces Eightball's ability in making flashcards and mentioned the capability to help with homework as well. As Ben said, there was a girl helping them on marketing Eightball. She quit and she does not go to Emory. [REDACTED] implied that she might have written the one that explicitly mentioned Eightball's ability to do homework. Though [REDACTED] had the access to the Reddit account in Ms. Braxton's evidence, he reported that he did not follow closely when the girl marketed Eightball online.

During the development of Eightball, [REDACTED] emailed long before asking to be added as a preferred app on Canvas, but he was rejected. Likewise, there was no one telling him the appropriate process to access Canvas data as a third-party program. Moreover, [REDACTED] confirmed that he was aware of the possibility of using Eightball to cheat and they were trying to avoid it from happening. He then re-emphasized that if the answer was not in the released course materials, then Eightball cannot provide it.

After [ES1]'s testimony, the Honor Council posed several questions to him. [ES1] provided details about how Eightball works. First, when it comes to developing the practice exam, Eightball is unable to provide answers to a practice exam. With regards to Eightball and sharing data with OpenAI, [ES1] explained that there are usually two ways to use AI in program development: either using one's own server or paying another company to use their AI. In this case, they were the former case, so all data was stored in their server and was not shared to any external parties. Revisiting the Reddit posts, the Honor Council inquired about why the response included that the tool could solve homework problems, to which [ES1] explained that since we have marketed Eightball as analogues to ChatGPT, people could unconsciously think that it was also capable of doing homework problems, but they did not use ChatGPT at all in their program development. The Honor Council asked about the functionality, specifically during quizzes in Canvas, and [ES1] responded that Eightball only looks at the released files and modules so the quizzes aren't disseminated into Eightball's database. [ES1] acknowledged that he was aware that the user token could access the entirety of the student's data on Canvas. He also acknowledged that the professor for the courses where a student was using Eightball would not be aware of the student's use.

After [ES1] answered all questions, Mr. Hess was brought back into the meeting to double check if [ES1] only received one email. Mr. Hess said that the [ES1] only got one email from him, and it was the initial email they sent out. However, there were subsequent communications that came from the Teaching and Learning Technology office. There were another two emails sent out to all students they suspected using the Eightball, which also included the student Mr. Hess communicated with directly. Therefore, there were three emails in total: one directly from him and two from the office. Nevertheless, on December 2, 2023, the office detected that Eightball had made a second effort of circumventing their removal of the token generating button.

Ben was given the opportunity to provide an additional closing statement after Mr. Hess's comments. He declined the opportunity.

[ES1] clarified the timeline for the emails from the Teaching and Learning technology office for the Honor Council in response to Mr. Hess's additional testimony. Beyond that, he declined to give an additional closing statement.

The Honor Council unanimously found Ben responsible for Violating Community Standards: (1) Committing any action or inaction which is offensive to the integrity and honesty of the members of the academic community; (2) intentionally helping or attempting to help another person to violate any provision of this Honor Code or the academic integrity policy at another educational institution; and (3) disseminating any course materials, including recording of the class, without the permission of the instructor. To begin with, the development of Eightball is based on a blueprint which incorporates the ability to cheat, which means that they were aware of Eightball's capacity and built it with intent. Even though Ben said that he was not involved in the core software development phase, he was still involved heavily with developing the software, tested it at various stages, and promoted its use among other students. More significantly, the slides [ES1] used for the pitch competition clearly showed that "check your answer" is part of Eightball's functions, proving that such capability was in Eightball's blueprint in the first place. They also pitched Eightball by comparing it with Chegg, a notorious application used for cheating, as a pricing model. You can view this in their pitch deck. The

Honor Council considered this information as evidence that they were well aware of their tool's similarity to existing homework help resources, many of which are known for perpetuating academic misconduct.

Therefore, Ben is responsible for both (1) and (2) because he chose to continue helping the development of Eightball while being aware that Eightball could be used for cheating. This could sufficiently prove that Ben has committed the sub charge (1) and (2). In addition to it, knowing that this program has reached to other intuitions and Eightball was considered problematic by Emory, Ben was part of the team that did not shut down Eightball service for other institutions at the date of hearing, which constituted the sub charge (2) in helping people to violate the provision of Honor Code at another educational institution. For charge (3), Ben was clearly aware that the API token could allow Eightball to access user's Canvas and their access was not authorized even though ES1 reported that all user's data was stored in their server (a third party) safely, this access was neither authorized by Canvas nor Emory. As the unauthorized access to course materials is essentially a dissemination of user's information without professor's acknowledgement, Ben was also responsible for charge (3). In summary, we deemed that Ben is responsible for the three charges described above.

The Honor Council recommends the sanction of one year suspension, Honor Code probation until graduation, and mandatory completion of the educational program.

First, Eightball is an application that could help students violate the Honor Code in many ways. The Reddit posts that Ms. Braxton provided clearly exhibited that Ben's team were taking the application as a "grey area". In the Honor Council's review of the case, the possibility of using the tool for cheating purposes was present from the beginning and the developers chose to look the other way. After being told they could not receive a product key, they looked for a work around.

Secondly, the fact that Emory gave them the grant implies that Emory was supporting them. While the Honor Council can understand this position taken by the student, we fundamentally disagree that this places the onus on the university to ensure the ethical development of this tool. All students should carry the Honor Code and the value of academic integrity as their leading principle. Moreover, this application has already reached other educational institutions and has the potential to create widespread cheating across colleges and universities that were unaware of this flaw in Canvas. It was clear that there were ways to approach the development of this tool that were transparent and required consent of the professor whose materials were being disseminated.

The Honor Council members felt that Ben's sanctions should reflect his limited involvement with the development of the actual software. However, we do think time away from Emory with one year of suspension would allow Ben to reflect upon his participation in promotion of this cheating tool while simultaneously reflecting the extreme severity of this matter. He may have not been a lead developer on it, but his actions were severely detrimental to the academic integrity of Emory, students should not be involved with developing tools that allow for cheating. The Honor Code probation until graduation will reflect this incident as the student moves forward, while still reflecting the degree of Ben's role in developing the program. Finally, the Honor Council members hope that the educational program will help Ben to reflect on this experience and move forward in a manner more positive for himself, the University, and in a manner which abides by the Honor Code.

Respectfully submitted,

Emory College Honor Council Student Member