# EXHIBIT 14



Office for Undergraduate Education

January 29, 2024

Ben Craver - #█████
█████@emory.edu

Dear Ben:

After full consideration of the allegations of academic dishonesty brought against you, the Honor Council has found you responsible for violating the Undergraduate Academic Honor Code related to the development of a generative AI tool exposing Canvas data to a third party in the Fall 2023 semester. The Honor Council has recommended that you receive Honor Code probation until graduation, a 1-year suspension with a permanent record retained with the Honor Council, and mandatory completion of an educational program.

In reviewing the case, I have modified the sanction by reducing the period of suspension from one year to one semester. The full sanction is Honor Code probation until graduation, a 1-semester suspension with a permanent record retained with the Honor Council, and mandatory completion of an educational program.

The suspension will take effect at the end of the Spring 2024 semester, and you will be prohibited from enrolling in classes during the Summer and Fall 2024 terms. You will be eligible to apply for readmission to the College for the Spring 2025 semester or for any subsequent term.

While on Honor Code probation, you are not considered to be in good academic standing. Should you choose not to appeal, the Honor Code probation will be effective from the date of this letter until graduation.

The Honor Council will have full knowledge of this decision in any future cases. Subsequent violations of the Undergraduate Academic Honor Code may result in a more severe penalty, including suspension and permanent exclusion from Emory University.

If you wish to appeal the Honor Council sanction, please submit a written statement on the basis of your appeal no later than ten business days after the date of this letter. You should address your appeal to Dean Joanne Brzinski in the Office for Undergraduate Education, and submit it by e-mail to EC.Honor@emory.edu. You will receive an e-mail confirming the receipt of your appeal letter. If we have not received a written statement within ten business days, the decision of the Honor Council will stand affirmed.

I very much regret the events that have brought about this situation, and I hope that you do not find yourself in a similar position again. Be assured of my best wishes for your success and happiness in the future.

Sincerely,

*[signature]*

Jason T. Ciejka, PhD
Associate Dean, Director of the Honor Council
Office for Undergraduate Education

Emory University
White Hall, Suite 300
301 Dowman Drive
Atlanta, Georgia 30322

Tel 404.727.6069
college@emory.edu
college.emory.edu/oue

EEO/AA/Disability/Veteran Employer