# EXHIBIT 15

Sanction Modification Memo

In January 2024, the Honor Council found BC #_____ responsible for the following charges related to the development of an AI-assisted tool called Eightball.AI and its deployment through Canvas:

- Violating Community Standards: Committing any action or inaction which is offensive to the integrity and honesty of the members of the academic community;
- Violating Community Standards: Intentionally helping or attempting to help another person to violate any provision of this Honor Code or the academic integrity policy at another educational institution; and
- Violating Community Standards: Disseminating any course materials, including recordings of the class, without the permission of the instructor.

The Honor Council recommended the sanction of Honor Code probation until graduation, a 1-year suspension with a permanent record retained with the Honor Council, and mandatory completion of an educational program.

I have modified this sanction to Honor Code probation until graduation, a 1-semester suspension with a permanent record retained with the Honor Council, and mandatory completion of an educational program.

The Honor Council determined that the violations warranted a 1-year suspension from Emory because of the significance of the violations, their potential impact on the academic integrity of the Emory community and other academic communities, the student's intent in marketing the tool, and his knowledge of its potential to violate the Honor Code.

This case is unprecedented in terms of its scale and its potential to harm the Emory community. Other Honor Code cases have warranted suspension and even expulsion for a first violation of the code, though these instances are uncommon. Typically, Honor Code cases involve work in a particular course, and a serious offense, such as cheating on an exam or plagiarizing parts of a major paper, results in failure of the course. This case does not involve an individual course, and without a grade penalty, the Honor Council is limited in terms of sanctions that reflect the gravity of this violation.

I would like to respect the collective judgment of the Honor Council hearing board, which carefully deliberated and weighed different options for the sanction. A significant sanction, which reflects that this violation goes well beyond the typical behavior that would warrant failure of the course and honor code probation, is necessary. At the same time, it is important to weigh the educational aims of the Honor Council as a factor in determining the sanction. When considering the typical sanctions for an Honor Code violation, a one-year suspension goes beyond the usual recommendation for a second offense against the Honor Code. A second offense ordinarily results in a 1-semester suspension. There have been serious or egregious first offenses against the Honor Code, where an aggravated sanction is needed, and these have often resulted in a 1-semester suspension. Similar to those cases, I have decided that a 1-semester suspension, in lieu of a 1-year suspension, is appropriate.

A permanent record retained with the Honor Council is always given in cases of suspension, and that is appropriate in this case. The Honor Code educational program, tailored towards the circumstances of this violation, is also necessary to support the student in developing a keener awareness of the Honor Code and the value of academic integrity.

Jason T. Ciejka, PhD
Associate Dean
Office for Undergraduate Education