# EXHIBIT 16

**From:** ▉
Sent: Tuesday, February 6, 2024 6:16 PM
**To:** ▉ ES1 ▉ ES1 ▉; Craver, Ben <ben.craver@emory.edu<mailto:ben.craver@emory.edu>>
**Cc:** ▉ >> Subject: Re: Excellerator Funding Opportunity

Hey Ben and ES1,

Same offer goes out to you both, let us know if you guys are interested.

Best,
▉

**From:** ▉
Date: Tuesday, February 6, 2024 at 2:37 PM
**To:** ▉ ES1 ▉ ES1 ▉, Craver, Ben <ben.craver@emory.edu<mailto:ben.craver@emory.edu>>
**Cc:** ▉ > Subject: Re: Excellerator Funding Opportunity

Hi ▮▮▮▮, ▮▮▮▮,

Thanks for your message. I'm no longer apart of Eightball – Ben and ▮ES1▮ are still on the team, though. They're currently studying abroad this semester, but I'm sure they'd be willing to chat – feel free to reach out to them ▮ES1▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, @Craver, Ben<mailto:▮▮▮▮▮@emory.edu>. Thanks!

All the best,

▮▮▮▮▮▮

Emory University | Class of 2025

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Thursday, February 1, 2024 at 1:20 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Excellerator Funding Opportunity

Hey ▮▮▮▮,

Our EEVM excellerator has recently gotten access to funds and were looking to give out our first grant in the next coming weeks. I enjoyed hearing about your 8 ball product last semester and I wanted to invite you and your team to join the excellerator team for dinner this weekend or early next week.

I wanted to reach out personally because we met early in the excellerator days. I have cc'd ▮▮▮▮▮▮ who is our new president and will be your contact going forward

If you're interested, let us know some evenings that would work for you and your team.

Best,

▮▮▮▮▮▮▮