# EXHIBIT 18



Office for Undergraduate Education

March 15, 2024

Ben Craver - #▮▮▮▮▮
▮▮▮▮▮▮@emory.edu

Dear Ben:

In accordance with the provisions of the Emory College of Arts and Sciences Honor Code and pursuant to your request, I appointed a panel consisting of two students and two faculty members in Emory College to consider your appeal of the Honor Council's decision in your case.

At its meeting, the panel carefully considered all of the materials in the case and your written appeal. The members recommended to me that the penalty of a 1-semester suspension with a permanent record retained with the Honor Council, Honor Code probation until graduation, and mandatory completion of an educational program be sustained. The Appeal Panel specified that the educational program should include a component on academic integrity and artificial intelligence. I have accepted the panel's recommendation.

The suspension will take effect at the end of the Spring 2024 semester, and you will be prohibited from enrolling in classes during the Summer and Fall 2024 terms. You will be eligible to apply for readmission to the College for the Spring 2025 semester or for any subsequent term.

If you have pre-registered for any intervening semester, your pre-registration will be cancelled, and any deposit paid will be refunded. Should you wish to apply for readmission to the College, you may find the readmission form by searching for "Readmission" at the following web address: http://college.emory.edu/oue/resources-a-z.html. The request for readmission must be submitted thirty days prior to the registration date of the term in which you wish to return.

Ben, I trust that you have gained from these events a better understanding of the importance of academic integrity to an Emory education. I have every confidence you can move ahead to face the future successfully.

Sincerely,

*Joanne Brzinski*

Joanne B. Brzinski
Senior Associate Dean
for Undergraduate Education

JBB/bnw

Emory University
White Hall, Suite 300
301 Dowman Drive
Atlanta, Georgia 30322

Tel 404.727.6069
college@emory.edu
college.emory.edu/oue

EEO/AA/Disability/Veteran Employer