# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN CRAVER, | ) |
| Plaintiff, | ) |
| | ) No. 1:24-cv-02119-SCJ |
| v. | ) |
| EMORY UNIVERSITY, | ) |
| Defendant. | ) |

**DECLARATION OF VANESSA YOUSHAEI IN SUPPORT OF
PLAINTIFF'S FIRST AMENDED COMPLAINT AND
<u>AMENDED MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Vanessa Youshaei, pursuant to 29 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I submit this declaration in support of the First Amended Complaint and Motion for Preliminary Injunction of Plaintiff Benjamin Craver ("Ben"). I am familiar with the facts and circumstances set forth herein based on personal knowledge.

2. I graduated from Emory University, Goizueta Business School in 2013 with a Bachelor of Business, Finance & Marketing.

DocuSign Envelope ID: B46A50C6-FD6D-420D-8C27-E3E37F44E3A4

3. I am an active member of Emory's alumni network, and in March 2023 I was one of several Emory alumni judges at Emory's "Pitch the Summit" competition, which offers Emory undergraduate and graduate students the opportunity to showcase their innovations and ventures and compete for a grand prize of $10,000, paid for by Emory University.

4. One of the submissions in the March 2023 Pitch the Summit competition was a product the contestants referred to as "Eightball." During their presentation to me and my fellow Emory alumni judges, the contestants explained that Eightball is an online learning tool that uses artificial intelligence to streamline the process for making learning aids such as flashcards, study guides, and worksheets. The contestants also explained to me and the other alumni judges that one of the ways they intended to improve Eightball users' experience was to establish a link between Eightball and Canvas so that Emory students would be able to import their course materials to Eightball all at once rather than uploading the same documents individually.

5. The other judges and I were highly impressed by Eightball, and we voted unanimously to award Eightball the grand prize and $10,000.

6. Neither I nor any of my fellow Pitch the Summit competition judges raised any concern that students could use Eightball's then-existing or projected features to cheat. Of course, while I understand that Eightball—like ChatGPT,

Google search engines, calculators and many other technological tools—*could* be misused to cheat, the other judges and I never discussed that possibility, and no one voiced any concern that Eightball was designed with an intent to help anyone cheat. To the contrary, the other judges and I were thoroughly impressed with Eightball's creativity and innovation, and I for one wish that Eightball had been available when I was a student at Emory because I would have used it to assist me with learning course material and preparing for exams.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2024

DocuSigned by:

*Vanessa Youshaei*
E6E8402B1864458...

Vanessa Youshaei