IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BENJAMIN CRAVER,

    Plaintiff,

v.

EMORY UNIVERSITY,

    Defendant.

CIVIL ACTION FILE

No. 1:24-CV-02119-SCJ

ORDER

This matter appears before the Court on Plaintiff's Motion for Preliminary Injunction and Amended Motion for Preliminary Injunction. Doc. Nos. [3]; [17].[1,2] Before commencing the preliminary injunction hearing scheduled on June 10, 2024, the Parties informed the Court that they had agreed to a settlement on the preliminary injunction issue. Counsel for both Parties represented that the

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers referenced are those imprinted by the Court's docketing software.

[2] The amended motion followed the Court's order denying Plaintiff's motion to proceed anonymously, which required Plaintiff to file an amended complaint with a proper caption under Rule 10(a) and to refile his motion for preliminary injunction to reflect the amended complaint. Doc. No. [13]. It is the Court's understanding that the contents of the two preliminary injunction motions are otherwise the same. Doc. Nos. [3]; [17].

settlement was mutually agreed upon and reflected the assent of both Plaintiff and Defendant. The Court accepted these representations. Thus, there is no longer any dispute to be resolved in the pending motions for preliminary injunctive relief. These motions are accordingly **DISMISSED** as **MOOT**. Doc. Nos. [3]; [17].

    IT IS SO ORDERED this __10th__ day of June, 2024.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**