IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN CRAVER,<br><br>  Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY,<br><br>  Defendant. | Civil Action File<br><br>No. 1:24-cv-2119-SCJ |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Benjamin Craver hereby dismisses this action with prejudice, with all parties to bear their own fees and costs.

Respectfully submitted this 14th day of June, 2024.

                                                                    */s/ Craig C. Martin*
                                                       Craig C. Martin
                                                       Admitted *pro hac vice*
                                                       John D. Mitchell
                                                       Admitted *pro hac vice*
                                                       Jeremy H. Salinger
                                                       Admitted *pro hac vice*
                                                       Olivia R. Varnado
                                                       Admitted *pro hac vice*
                                                       Nathan Pflaum
                                                       Admitted *pro hac vice*
                                                       WILLKIE FARR & GALLAGHER LLP
                                                       300 North LaSalle Street, Suite 5000
                                                       Chicago, IL 60654

(312) 728-9000
cmartin@willkie.com
jmitchell@willkie.com
jsalinger@willkie.com
ovarnado@willkie.com
npflaum@willkie.com

Christopher E. Adams
GA Bar No. 789600
Halsey G. Knapp, Jr.
GA Bar No. 425320
Jennifer K. Coalson
GA Bar No. 266989
KREVOLIN & HORST, LLC
1201 W. Peachtree St. NW
Suite 3250
Atlanta, Georgia 30309
(404) 888-9700
adams@khlawfirm.com
hknapp@khlawfirm.com
coalson@khlawfirm.com

Ronald S. Sullivan Jr.
Admitted *pro hac vice*
Ronald Sullivan Law PLLC
300 I Street NW
Suite 400E
Washington, DC 20005
(202) 313-8313
rsullivan@ronaldsullivanlaw.com

*Attorneys for Plaintiff*

{KH823831.DOCX}